FILED

07/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0056

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0056

_____

JOHN RICHARDS, LINDA MILLER and
LARRY RICHARDS,

     Petitioners and Appellants,

  v.                       O R D E R

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION,

     Respondent and Appellee.

_____

Appellant John Richards was granted an extension of time to file and serve his opening brief on or before June 28, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than August 29, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant John Richards and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2021